FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| IN RE:<br><br>MAIGRET BARROS<br>DEBTOR | §<br>§    CASE NO. 09-32196-BKC-AJC<br>§<br>§<br>§<br>§ |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Marix Servicing, LLC as servicing agent for J.P. Morgan Mortgage Acquisition Corp**<br>Name of Transferee | **EMC Mortgage Corp**<br>Name of Transferor |
|---|---|

Name and Address where notices to transferee
Should be sent:

   **Marix Servicing, LLC**
   **1925 W. Pinnacle Peak Rd**
   **Phoenix, Arizona 85027**

Phone:
Last Four Digits of Acct #: xxxxxx0666

Court Claim # (if known): 11
Amount of Claim: $352,540.11 (secured)
Date Claim Filed: 03/19/2010

Phone:_____
Last Four Digits of Acct.# 7073

Name and Address where transferee payments should
be sent (if different from above):

   **Marix Servicing, LLC**
   **1925 W. Pinnacle Peak Rd**
   **Phoenix, Arizona 85027**

Phone:
Last Four Digits of Acct #: xxxxxx0666

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lawrence J. Buckley        Date: May 23, 2011
    Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 23 day of May 20 11 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Maigret Barros
4399 Southwest 95 Avenue
Miami, Florida 33165


**Debtors' Attorney**
Michael A. Frank
Attorney At Law
10 NW LeJeune Rd #620
Miami, Florida 33126

United States Trustee
Office of United States Trustee
51 Southwest First Avenue, Room 904
Miami, Florida 33130

Chapter 13 Trustee
Nancy N. Herkert
Post Office Box 279806
Miramar, Florida 33027-4166


/s/ Lawrence J. Buckley
Lawrence J. Buckley