FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| IN RE: | § |
| | §    CASE NO. 09-32196- AJC |
| MAIGRET BARROS | § |
| DEBTOR | § |
| | § |
| | § |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **J.P. Morgan Mortgage Acquisition Corp. as Serviced by Residential Credit Solutions** | **Marix Servicing, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

**Residential Credit Solutions**
**P.O. Box 163229**
**Fort Worth, Texas 76161-3229**

Court Claim # (if known): 11
Amount of Claim: $352,540.11
Date Claim Filed: 03/19/2010

Phone: **(800) 737-1192**
Last Four Digits of Acct #: xxxxxx4715

Phone:_____
Last Four Digits of Acct.# 7073

Name and Address where transferee payments should be sent (if different from above):

Residential Credit Solutions
Bankruptcy Department
P.O. Box 78954
Phoenix, Arizona 85062-8954

Phone: **(800) 737-1192**
Last Four Digits of Acct #: xxxxxx4715

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Paul W. Cervenka      Date: May 1, 2012
     Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or Imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 2nd day of May 2012 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Maigret Barros
4399 Southwest 95 Avenue
Miami, Florida 33165

**Debtors' Attorney**
Michael A. Frank, Esq.
10 Northwest LeJeune Road
#620
Miami, Florida 33126

**Chapter 13 Trustee**
Nancy N. Herkert
Post Office Box 279806
Miramar, Florida 33027

**US Trustee**
Office of U.S. Trustee
51 Southwest First Avenue
Suite 1204
Miami, Florida 33130

/s/ Paul W. Cervenka
Paul W. Cervenka