**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  
Maigret Barros  
    Debtor(s).

Case No. 09-32196-AJC  
Chapter 13 Case

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2014-4** <br><br>_____<br>Name of Transferee | **J.P. Morgan Mortgage Acquisition Corp. As service by Residential Credit Solutions**<br>_____<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>**Carrington Mortgage Services, LLC**<br>**1610 East Saint Andrew Place, B150**<br>**Santa Ana, CA 92705** | Court Claim # (if known): 11<br>Amount of Claim: $352,540.11<br>Date Claim Filed: 3/19/2010 |
| Phone: **(800) 561-4567** | Phone: |
| Last Four Digits of Acct #: **6350** | Last Four Digits of Acct #: **4715** |
| Name and Address where transferee payments should be sent (if different from above):<br>**Carrington Mortgage Services, LLC**<br>**1610 East Saint Andrew Place, Suite B150**<br>**Santa Ana, CA 92705** | |
| Phone: **(800) 561-4567** | |
| Last Four Digits of Acct #: **6350** | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Justin D. Plean, Esq.            Date: May 19, 2015
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571